IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 24-51147-MMP |
| | ) | SubChapter V |
| **SUSHI ZUSHI OF TEXAS, LLC** | ) | |
| | ) | |
| | ) | Chapter 11 |
| DEBTOR | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted

_/s/Ronald M. Tucker_
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. and its related entities
IN 11428-49
(317) 263-2346
(317) 263-7901 (FAX)
E-mail address: rtucker@simon.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served on August 30, 2024 via ECF Noticing to the persons of record.

                                        By: _____/s/Ronald M. Tucker_____
                                                        Ronald M. Tucker, Esq.